**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **FCA Construction LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-3877157** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **5609 Crawford Street, Ste. A** **Harahan, LA 70123** Number, Street, City, State & ZIP Code  **Jefferson** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **https://fcabuild.com/** | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **FCA Construction LLC**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2362__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **FCA Construction LLC**     Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☑ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **FCA Construction LLC**  Case number (*if known*)
      Name

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **FCA Construction LLC** _____   Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/11/2024
             MM / DD / YYYY

X _/s/ Albert Courcelle III_____   **Albert Courcelle, III**
Signature of authorized representative of debtor   Printed name

Title   **Member**

---

**18. Signature of attorney**

X   /s/ Tristan Manthey                         Date   04/11/2024
    Signature of attorney for debtor                   MM / DD / YYYY

**Tristan Manthey 24539**
Printed name

**Fishman Haygood, L.L.P.**
Firm name

**201 St. Charles Ave.**
**46th Fl**
**New Orleans, LA 70170**
Number, Street, City, State & ZIP Code

Contact phone   **(504) 586-5252**     Email address   **tmanthey@fishmanhaygood.com**

**24539 LA**
Bar number and State

## ACTION BY WRITTEN CONSENT OF MEMBER OF
## FCA CONSTRUCTION LLC

The undersigned, being the sole member of FCA Construction LLC (the "Company"), in accordance with the authority contained in the Louisiana Limited Liability Company Act, any operating agreement of the Company and applicable law, hereby consents to the adoption of the following resolutions:

**RESOLVED** that it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company seeking relief under the provisions of chapter 11, of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

**RESOLVED** that the form of chapter 11 petition shall be as required by law and is approved and adopted in all respects, and that Albert Courcelle, III ("Authorized Officer") be, and he hereby is, authorized and directed, on behalf of and in the name of the Company to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of Louisiana ("Bankruptcy Court"); and it is further

**RESOLVED** that Company be, and hereby is authorized and directed to employ Fishman Haygood LLP as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing any pleadings; and in connection therewith, Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of said attorneys; and it is further

**RESOLVED** that the Authorized Officer is hereby authorized, empowered and directed, in the name and on behalf of the Company, to: (a) execute and verify the Petition and all other ancillary documents, and to cause the Petition to be filed in the Bankruptcy Court at such time as said Authorized Officer executing the same shall determine; (b) execute, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; (c) execute and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 11 case in such form or forms as such Authorized Officer may approve; and (d) execute, verify and approve any resolutions or written consent of the Company authorizing and approving the Company's filing of a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code.

IN WITNESS WHEREOF, the undersigned has caused this Action by Written Consent to be executed as of April 11, 2024.

*[signature]*
ALBERT W. COURCELLE, III
Member

FCA Construction LLC
Balance Sheet
March 31, 2024

## ASSETS

| Current Assets | | |
|---|---:|---:|
| Capital One Checking - 2607 | $ 93,703.46 | |
| Petty Cash | 500.00 | |
| Bank Plus Checking | 334.93 | |
| Clearing Account | (88,864.79) | |
| Accounts Receivable | 543,187.22 | |
| Costs and Earn Exc of Billings | 187,616.16 | |
| Prepaid Insurance | 126,214.39 | |
| Prepaid Expenses | 172,226.22 | |
| Inventory | 373,952.57 | |
| Due To/From Courland Propertie | 6,714.38 | |
| Total Current Assets | | 1,415,584.54 |
| Property and Equipment | | |
| Property and Equipment | 763,774.33 | |
| Office Furniture | 1,997.21 | |
| Accum. Depreciation - Prop&Eqt | (527,551.48) | |
| Total Property and Equipment | | 238,220.06 |
| Other Assets | | |
| Retainage Receivable | 296,477.38 | |
| Goodwill | 1,461,893.11 | |
| Security Deposits | 5,511.34 | |
| Total Other Assets | | 1,763,881.83 |
| Total Assets | $ | 3,417,686.43 |

## LIABILITIES AND CAPITAL

| Current Liabilities | | |
|---|---:|---:|
| Accounts Payable | $ 1,326,636.38 | |
| Accrued Insurance | 9,749.60 | |
| American Expressl Credit Card | 84,000.00 | |
| Billings in exc costs and earn | 150,705.57 | |
| Deductions Payable | 532.82 | |
| Insurance Payable-Health | 2,447.48 | |
| Insurance Payable | 92,306.70 | |
| Federal Payroll Taxes Payable | 108,015.04 | |
| FUTA Payable | 417.49 | |
| State Payroll Taxes Payable | 11,716.14 | |
| SUTA Payable | 1,097.98 | |
| Accrued Payroll | 14,135.50 | |
| Accured Payroll Taxes | 1,031.92 | |
| Other Payables | 169,323.64 | |
| Total Current Liabilities | | 1,972,116.26 |
| Long-Term Liabilities | | |
| Notes Payable - Dump Trailer | 28,057.11 | |
| Note Payable -SBA LOAN | 1,604,900.00 | |
| Note Payable - Samson2 | 60,534.85 | |
| Note Payable - Samson Horus 3 | 11,021.44 | |
| Note Payable - SBA 7A | 3,351,061.06 | |
| Note Payable - PayPal/Webbank | 14,422.86 | |
| Note Payable - SouthtarCapital | (312,718.42) | |
| Note Payable - Parkside Fund | 595,221.71 | |

Unaudited - For Management Purposes Only

FCA Construction LLC
Balance Sheet
March 31, 2024

| | | |
|---|---:|---:|
| Note Payable - Bank Plus | 93,951.71 | |
| Note Payable - JLG1055 Ls Srvs | 156,534.84 | |
| Note Payable - JLG1255 Ls Srvs | 193,670.77 | |
| Total Long-Term Liabilities | | 5,796,657.93 |
| Total Liabilities | | 7,768,774.19 |
| Capital | | |
|   Members Equity - Courcelle | (4,055,896.83) | |
|   Partner's Contribution-Courcel | 111,367.13 | |
|   Net Income | (406,558.06) | |
| Total Capital | | (4,351,087.76) |
| Total Liabilities & Capital | $ | 3,417,686.43 |

Unaudited - For Management Purposes Only

# Form 1065 — U.S. Return of Partnership Income

For calendar year 2022, or tax year beginning _____, 2022, ending _____, 20 ___.

Department of the Treasury — Internal Revenue Service
Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

**2022**

| | | |
|---|---|---|
| **A** Principal business activity: CONSTRUCTION | Name: FCA CONSTRUCTION, LLC | **D** Employer identification no.: 7157 |
| **B** Principal product or service: CONSTRUCTION | Address: 5609 CRAWFORD ST, STE A, HARAHAN, LA 70123 | **E** Date business started: 9/19/2016 |
| **C** Business code number: 236110 | Type or Print | **F** Total assets: $6,827,044. |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

**H** Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify): _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: 3

**J** Check if Schedules C and M-3 are attached ☐

**K** Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

Caution: Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

## Income

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales | 13,205,026. | |
| 1b | Returns and allowances | | |
| 1c | Balance. Subtract line 1b from line 1a | | 13,205,026. |
| 2 | Cost of goods sold (attach Form 1125-A) | | 11,387,636. |
| 3 | Gross profit. Subtract line 2 from line 1c | | 1,817,390. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) SEE STATEMENT 1 | | -4,183. |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | |
| 7 | Other income (loss) (attach statement) SEE STATEMENT 2 | | 27,353. |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | 1,840,560. |

## Deductions (see instructions for limitations)

| Line | Description | | Amount |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | | 1,407,634. |
| 10 | Guaranteed payments to partners | | 175,000. |
| 11 | Repairs and maintenance | | 43,403. |
| 12 | Bad debts | | |
| 13 | Rent | | 199,314. |
| 14 | Taxes and licenses | | 155,044. |
| 15 | Interest (see instructions) | | 722,114. |
| 16a | Depreciation (if required, attach Form 4562) | 44,019. | |
| 16b | Less depreciation reported on Form 1125-A and elsewhere on return | | |
| 16c | | | 44,019. |
| 17 | Depletion (Do not deduct oil and gas depletion.) | | |
| 18 | Retirement plans, etc. | | |
| 19 | Employee benefit programs | | 676. |
| 20 | Other deductions (att stmt) SEE STATEMENT 3 | | 839,417. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | 3,586,621. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | | -1,746,061. |

## Tax and Payment

| Line | Description | Amount |
|---|---|---|
| 23 | Interest due under the look-back method — completed long-term contracts (attach Form 8697) | |
| 24 | Interest due under the look-back method — income forecast method (attach Form 8866) | |
| 25 | BBA AAR imputed underpayment (see instructions) | |
| 26 | Other taxes (see instructions) | |
| 27 | **Total balance due.** Add lines 23 through 26 | |
| 28 | Payment (see instructions) | |
| 29 | Amount owed. If line 28 is smaller than line 27, enter amount owed | |
| 30 | Overpayment. If line 28 is larger than line 27, enter overpayment | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member _____ Date _____

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

## Paid Preparer Use Only

| | |
|---|---|
| Print/Type preparer's name: ALBERT W. COURCELLE III, CPA | Preparer's signature: ALBERT W. COURCELLE III, CP |
| Date: 9/15/23 | Check if self-employed ☐ |
| PTIN: (redacted) | |
| Firm's name: COURCELLE CONSULTING LLC | Firm's EIN: (redacted) |
| Firm's address: 5440 N HWY 1 SUTIE C, LOCKPORT, LA 70374 | Phone no. (985) 532-2448 |

BAA For Paperwork Reduction Act Notice, see separate instructions.     PTPA0105 07/28/22     Form **1065** (2022)

FCA Construction LLC
Income Statement
For the Three Months Ending March 31, 2024

|  | Current Month This Year | Current Month Last Year | Year to Date This Year | Year to Date Last Year |
|---|---:|---:|---:|---:|
| **Revenues** | | | | |
| Sales Income-LA | $ (55.20) | $ 1,235,775.86 | $ 449,552.16 | $ 4,141,967.82 |
| Other Income | 0.00 | 1,710.88 | 0.00 | 1,710.88 |
| Total Revenues | (55.20) | 1,237,486.74 | 449,552.16 | 4,143,678.70 |
| **Cost of Sales** | | | | |
| Labor Costs - Direct Labor-LA | 0.00 | 22,988.32 | 0.00 | 47,317.36 |
| Crew Travel - LA | 0.00 | (36.00) | 0.00 | (36.00) |
| Per Diem | 4,069.95 | 0.00 | 9,496.55 | 0.00 |
| Materials Costs | 0.00 | 0.00 | 0.00 | 12,903.72 |
| Materials Costs-LA | 4,043.81 | 335,753.67 | 84,148.78 | 1,410,177.24 |
| Materials Costs-TX | 0.00 | 291.73 | 0.00 | 5,824.10 |
| Materials Costs-SC | 0.00 | 0.00 | 0.00 | 16.66 |
| Equipment Costs-LA | 0.00 | 64,180.94 | 0.00 | 173,742.30 |
| Other Direct Costs - LA | 1,724.15 | 69,340.76 | 19,721.50 | 160,870.20 |
| Other Direct Costs - SC | 0.00 | 0.00 | 0.00 | (301.04) |
| Subcontract Costs | 0.00 | 0.00 | 3,450.00 | 0.00 |
| Subcontract Costs-LA | 17,889.30 | 229,758.07 | 149,761.90 | 850,268.38 |
| Subcontract Costs-TX | 0.00 | 4,600.00 | 5,000.00 | 12,800.72 |
| Subcontract Costs-SC | 0.00 | 0.00 | 0.00 | 75.00 |
| Subcontractor Cost - LA - Elec | 0.00 | 0.00 | 0.00 | 88,803.59 |
| Subcontract Cost - LA - HVAC | 0.00 | 53,758.94 | 0.00 | 235,675.28 |
| Subcontract Cost - LA - Plumb | 0.00 | 16,200.00 | 0.00 | 16,200.00 |
| Licences and Permits - LA | 742.00 | 229.18 | 6,862.00 | 259.18 |
| Indirect Cost- Fuel | 9,883.27 | 3,504.59 | 12,448.32 | 9,592.96 |
| Indirect Cost- Fuel- LA | 34.62 | 8,303.64 | 113.78 | 20,439.33 |
| Indirect Cost- Fuel- TX | 0.00 | 1,566.45 | 0.00 | 3,771.15 |
| Indirect Cost- Fuel- NC | 0.00 | 684.27 | 0.00 | 1,712.39 |
| Indirect Materials-LA | 0.00 | 0.00 | 54.75 | 0.00 |
| Total Cost of Sales | 38,387.10 | 811,124.56 | 291,057.58 | 3,050,112.52 |
| Gross Profit | (38,442.30) | 426,362.18 | 158,494.58 | 1,093,566.18 |
| **Expenses** | | | | |
| Wages Expense | 70,336.39 | 58,162.95 | 176,436.81 | 133,872.39 |
| Wages Expense-LA | 3,641.66 | 100,169.82 | 8,191.29 | 165,684.68 |
| Wages Expense-TX | 0.00 | 2,931.43 | 0.00 | 2,931.43 |
| Wages Expense-NC | 0.00 | 18,738.58 | 0.00 | 41,878.58 |
| Payroll Tax Expense | 3,611.71 | 4,267.75 | 10,368.38 | 10,953.08 |
| Payroll Tax Expense-LA | 950.91 | 9,509.75 | 2,401.70 | 18,471.49 |
| Payroll Tax Expense-TX | 0.00 | 296.57 | 0.00 | 296.57 |
| Payroll Tax Expense-SC | 950.91 | 0.00 | 2,260.79 | 0.00 |
| Payroll Tax Expense-NC | 0.00 | 1,428.73 | 0.00 | 3,323.02 |
| Payroll Processing Fee-Corp | 0.00 | 714.51 | 755.65 | 3,015.65 |
| Guaranteed Payment | 21,000.00 | 14,000.00 | 50,500.00 | 53,000.00 |
| Other Taxes Expense-LA | 0.00 | 0.00 | 0.00 | 1,747.49 |
| Rent or Lease Expense | 7,300.00 | 10,300.00 | 23,275.00 | 27,725.00 |
| Rent or Lease Expense-LA | 0.00 | 914.00 | 0.00 | 5,828.00 |
| Rent or Lease Expense-TX | 0.00 | 4,750.08 | 9,974.35 | 14,318.70 |
| Maintenance & Repairs Expense | 336.63 | 676.04 | 401.20 | 1,482.61 |
| Maint & Repairs Expense-LA | 0.00 | 0.00 | 0.00 | 2,290.55 |
| Maint & Repairs Expense-TX | 0.00 | 1,173.05 | 0.00 | 1,173.05 |
| Meals & Entertainment | 19.29 | 6,353.72 | 159.90 | 7,854.19 |
| Meals & Entertainment-LA | 34.50 | 0.00 | 189.00 | 131.29 |
| Legal and Professional Expense | 31,006.93 | 10,633.55 | 46,807.38 | 25,164.56 |
| Legal and Professional Exp- LA | 130.00 | 0.00 | 160.00 | 0.00 |

For Management Purposes Only

FCA Construction LLC
Income Statement
For the Three Months Ending March 31, 2024

| | Current Month This Year | Current Month Last Year | Year to Date This Year | Year to Date Last Year |
|---|---:|---:|---:|---:|
| Legal and Professional Exp- TX | 0.00 | 5,000.00 | 0.00 | 5,000.00 |
| Licenses and Permits Expense | 0.00 | 0.00 | 650.00 | 0.00 |
| Licenses and Permits Exp-LA | 0.00 | 65.00 | 0.00 | 100.00 |
| Licenses and Permits Exp-SC | 0.00 | 300.00 | 0.00 | 300.00 |
| Postage and Freight Expense | 50.00 | 456.77 | 153.51 | 1,355.54 |
| Postage and Freight Exp-LA | 19.99 | 12.00 | 289.98 | 71.95 |
| Travel Expense | 0.00 | 381.92 | 1,818.83 | 490.04 |
| Travel Expense-LA | 245.51 | 249.27 | 438.14 | 1,995.97 |
| Travel Expense-SC | 0.00 | 0.00 | 0.00 | 193.96 |
| Advertising | 0.00 | 1,668.06 | 0.00 | 2,506.06 |
| Computer Expense | 557.70 | 2,695.16 | (838.96) | 8,525.69 |
| Computer Expense-LA | 292.72 | 0.00 | 742.09 | 0.00 |
| Computer Expense-TX | 0.00 | 0.00 | 203.84 | 0.00 |
| Bank Charges | 806.42 | 2,196.09 | 703.57 | 3,017.73 |
| Bank Charges-LA | 0.00 | 399.99 | 294.03 | 742.99 |
| Bank Charges-TX | 0.00 | 45.00 | 0.00 | 237.00 |
| Office Supplies Expense | 178.06 | 1,662.01 | 1,008.57 | 4,472.64 |
| Office Supplies Expense-LA | 434.18 | 282.21 | 1,365.95 | 1,033.40 |
| Office Supplies Expense-TX | 0.00 | 37.62 | 0.00 | 122.00 |
| Security | 0.00 | 146.70 | 0.00 | 576.80 |
| Telephone Expense | (867.45) | 789.95 | 1,255.67 | 6,781.38 |
| Telephone Expense-LA | 0.00 | 0.00 | 0.00 | 1,156.87 |
| Telephone Expense-TX | 0.00 | 183.76 | 0.00 | 551.28 |
| Utilities Expense | 776.59 | 791.84 | 2,546.05 | 4,640.19 |
| Utilities Expense-LA | 0.00 | 0.00 | 188.67 | 398.34 |
| Utilities Expense-TX | 0.00 | 622.48 | 387.83 | 2,044.13 |
| Utilities Expense-SC | 0.00 | 0.00 | 0.00 | (1.08) |
| Service Charge Expense | 1,386.73 | 4,233.65 | 6,906.25 | 11,169.86 |
| Service Charge Expense-LA | 0.00 | 1,961.70 | 3,838.63 | 6,542.03 |
| Insurance Expense | 1,060.29 | 28,952.99 | 50,871.42 | 94,158.14 |
| Insurance Expense_LA | 0.00 | 4,783.59 | 729.17 | 17,968.54 |
| Insurance Expense_TX | 0.00 | 0.00 | 0.00 | 1,865.99 |
| Insurance Expense_NC | 0.00 | 0.00 | 0.00 | 36.06 |
| Health Insurance | (467.68) | 7,110.07 | 21,165.91 | 23,586.90 |
| Employee Benefits | 0.00 | 0.00 | 0.00 | 1,000.00 |
| Depreciation Expense | 0.00 | 0.00 | 0.00 | 24.99 |
| Dues and Subscriptions | 0.00 | 1,521.50 | 0.00 | 3,081.92 |
| Interest Expense | 22,781.55 | 106,747.69 | 77,467.87 | 222,163.73 |
| Amortization Expense | 10,666.00 | 10,666.00 | 31,998.00 | 31,998.00 |
| Business Gifts-Corp | 0.00 | 130.18 | 0.00 | 3,906.01 |
| Vehicle Expense | 0.00 | 0.00 | 20,816.59 | 8,200.55 |
| Vehicle Expense_LA | 0.00 | 750.00 | 250.00 | 2,000.00 |
| Charitable Contributions | 0.00 | 1,000.00 | 0.00 | 1,000.00 |
| Extraordinary (Gain) Loss | 7,919.58 | 0.00 | 7,919.58 | 0.00 |
| Total Expenses | 185,159.12 | 430,863.73 | 565,052.64 | 996,157.93 |
| Net Income | $ (223,601.42) | $ (4,501.55) | $ (406,558.06) | $ 97,408.25 |

For Management Purposes Only